OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1R     $ 00.26⁵
0006557458    MAR 31 20
MAILED FROM ZIP CODE 78711

3/26/2015

CARSON, JAMES BERNARD JR.

Tr. Ct. No. 1995CR5821-W5
WR-59,872-09

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

RETURN TO SENDER

INMATE RELEASED

NAME AND SID NUMBER DO NOT MATCH

ITEMS NOT ALLOWED IN THIS FACILITY

Abel Acosta, Clerk

JAMES BERNARD CARSON JR.
BEXAR COUNTY ADULT - TDC # 653492
200 N. COMAL
SAN ANTONIO, TX  78207

U TF